[No. 30035-1-I.  Division One.  September 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. POLINDER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00648-5, Michael F. Moynihan, J., entered February 13, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 30355-4-I.  Division One.  September 26, 1994.]

ELMER WAYNE BEVAN, ET AL, *Plaintiffs*, v. CHARLES W. HARRIS, ET AL, *Respondents*, JOSEPH G. SCHRAMM, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-07156-1, Michael J. Fox, J., entered April 21, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Grosse, JJ.

[No. 32377-6-I.  Division One.  September 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04453-2, Michael Hayden, J., entered March 4, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Scholfield and Grosse, JJ.